IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MICHAEL HORTON, #1154670 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv137 |
| DIRECTOR, TDCJ-CID | § | |

FINAL JUDGMENT

The Court having considered the petitioner's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that the petitioner take nothing by his suit and that the same is **DISMISSED** without prejudice.

So **ORDERED** and **SIGNED** this **17** day of **August, 2005.**

_____

Ron Clark, United States District Judge